# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0123.  CARLOS MANUEL GARCIA v. THE STATE.**

On July 7, 2014, the trial court denied Carlos Garcia's "Motion to Quash or in the Alternative Run State Probation and Fine Concurrent with Federal Sentence and Fine."  Garcia sought reconsideration of the trial court's order, and the trial court entered an order denying his motion to reconsider on August 27, 2014.   On September 17, 2014, Garcia filed an application for discretionary appeal from the trial court's order.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the order on appeal.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Therefore, Garcia's application is untimely as to the order denying his motion to quash. Garcia sought reconsideration of the court's July 7, 2014, order, but the denial of a motion for reconsideration is not directly appealable.  *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).  And the filing of such a motion does not extend the time for appealing the underlying judgment – here, the order denying the motion to quash.  Accordingly, we lack jurisdiction to consider this application, which is hereby *DISMISSED*.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*_____11/25/2014_____

     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*